**No. 65166.**—Beer Stern Import Corp. and Loewenthal Trimming Corp. *v.* United States, protests 306141–K and 330335–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

**No. 65167.**—Consolidated Enterprises, Inc., and Arthur J. Humphreys et al. *v.* United States, protests 214657–K, etc. (Seattle).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiffs was sustained.

**No. 65168.**—Geo. H. Maus, Inc., and F. Murray Hill Co. *v.* United States, protest 59/32898 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.